IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANNA-STINA KAMLAN, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>DAVID MARSHALL, et al.,<br><br>Defendants. | Case No. 18-cv-05469-MMC<br><br>**ORDER DIRECTING PLAINTIFFS TO APPEAR AND SHOW CAUSE** |

On May 29, 2019, the Court ordered plaintiffs to show cause, in writing and no later than June 10, 2019, why sanctions should not be imposed for their failure to submit a chambers copy of their complaint, despite two court orders, as well as two courtesy emails from a Deputy Clerk, directing them to do so.

On June 10, 2019, plaintiffs submitted a chambers copy of their complaint and, along with said pleading, filed a Response in which plaintiffs stated there was a "miscommunication" between their counsel's law firm and the "service of process agency." It is unclear from the Response why use of such "third-party service," as opposed to the United States Postal Service, see Civ. L.R. 5-1(e)(7)(F), was necessary to comply with the Court's orders. Moreover, to date, the Court has not received a chambers copy of the Response.

//

//

Accordingly, plaintiffs are hereby ORDERED to appear before the Court on Wednesday, July 10, 2019, at 2:00 p.m., to show cause why monetary sanctions should not be imposed.

**IT IS SO ORDERED.**

Dated: June 18, 2019

MAXINE M. CHESNEY
United States District Judge