IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANNA-STINA KAMLAN, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>DAVID MARSHALL, et al.,<br><br>Defendants. | Case No. 18-cv-05469-MMC<br><br>**ORDER DENYING MOTION TO AMEND** |

On June 1, 2020, plaintiffs filed a "Motion for Leave to Amend Pleadings to Add Claims Against Third Party Defendant FP Transitions LLC." By order filed June 2, 2020, the Court, noting plaintiffs' motion is not in accordance with the Civil Local Rules of this District and this Court's Standing Orders, directed plaintiffs to file, no later than June 4, 2020, a "Notice of Motion, scheduling a hearing at least 35 days after June 1, 2020, and attaching thereto plaintiffs' proposed amended complaint." (See Doc. 100 at 1:24-25.) Plaintiffs have failed to file any such notice.

Thereafter, by order filed June 9, 2020, the Court, ordered plaintiffs to show cause, in writing and no later than June 12, 2020, why their Motion for Leave to Amend should not be denied. Plaintiffs have failed to file any such response.

Accordingly, plaintiffs' Motion for Leave to Amend is hereby DENIED.

**IT IS SO ORDERED.**

Dated: June 17, 2020

MAXINE M. CHESNEY
United States District Judge