IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANNA-STINA KAMLAN, et al., <br> Plaintiffs, <br> v. <br> DAVID MARSHALL, et al., <br> Defendants. | Case No. 18-cv-05469-MMC <br><br> **ORDER GRANTING DEFENDANTS' MOTIONS TO COMPEL ARBITRATION; STAYING CLAIMS** |

Before the Court are the following: (1) defendants David Marshall and Marshall Wealth Management Group's ("Marshall Defendants") "Motion to Compel FINRA Arbitration and Dismiss (or, in the Alternative, Stay) Case," filed August 21, 2020, and (2) defendant Robert Jamison's ("Jamison") "Joinder to David Marshall and Marshall Wealth Management Group's Motion to Compel Arbitration," filed September 1, 2020.[1]  No opposition to either motion has been filed.

Having read and considered the papers filed in support of the motions, the Court deems both matters suitable for decision on the moving papers, hereby VACATES the hearing scheduled for September 25, 2020, and finds plaintiffs entered into, with each of the moving defendants, a valid arbitration agreement encompassing the claims alleged

---

[1] By said "Joinder," Jamison seeks to (1) join the Marshall Defendants' above-referenced motion to compel arbitration, and (2) compel arbitration of plaintiffs' claims against him.  The arbitration agreement between Jamison and plaintiffs, however, is contained in a contract separate from that on which the Marshall Defendants rely.  (See Joinder at 2:21-22 (stating, "[t]he Arbitration Agreement between Plaintiffs and Jamison is identical to the arbitration agreements documents at issue in the Marshall Defendants' motion").)  Accordingly, the Court treats Jamison's "Joinder" as a separate motion to compel arbitration.

against them in the above-titled action.

Accordingly, the motions to compel FINRA arbitration are hereby GRANTED, and plaintiffs' claims against the moving defendants are hereby STAYED pending completion of arbitration proceedings.

**IT IS SO ORDERED.**

Dated: September 17, 2020

MAXINE M. CHESNEY
United States District Judge